IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROBERT LEE COLEMAN,**  CASE NO. 2:06-cv-913
 CRIM. NO. 2:05-cr-00043
 **Petitioner,**  **JUDGE MARBLEY**
 **MAGISTRATE JUDGE KEMP**

v.

**UNITED STATES OF AMERICA,**

 **Respondent.**

## OPINION AND ORDER

On November 17, 2006, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings in the United States District Courts, recommending that the instant motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is **ADOPTED AND AFFIRMED**. The instant §2255 petition is hereby **DISMISSED.**

 **IT IS SO ORDERED.**

 s/Algenon L. Marbley
 ALGENON L. MARBLEY
 United States District Judge